UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81809-AMC

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**WOLFORD AMERICA, INC.,**
**a foreign for-profit corporation,**

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff and Defendant, through their respective Counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to file the necessary dismissal documents.

    DATED: March 15, 2023.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351-7919 | Miami, FL 33126-2309 |
| Tel. 954/362-3800 | Tel. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email:duranandassociates@gmail.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**JACKSON LEWIS, P.C.**
Counsel for Defendant
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, FL  33131
(305) 577-7600
Mendy.halberstam@jacksonlewis.com

By   */s/ Mendy Halberstam*
          MENDY HALBERSTAM
          Florida Bar No. 68999