UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81809-AMC

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**WOLFORD AMERICA, INC.,**
**a foreign for-profit corporation,**

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

    Plaintiff, NELSON FERNANDEZ ("Plaintiff"), and Defendant, WOLFORD AMERICA, INC. ("Defendant ") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action in its entirety *with prejudice,* with each party to bear its/his own attorney's fees, costs, and expenses. All Parties consent to the form and content of this Stipulation.

    Dated:  May 4, 2023

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** <br> Counsel for Plaintiff <br> 4800 North Hiatus Road <br> Sunrise, FL 33351-7919 <br> T: 954/362-3800 <br> Email: rhannah@rhannahlaw.com <br><br> By____*s/ Roderick V. Hannah*_____ <br>     RODERICK V. HANNAH <br>     Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.** <br> Co-Counsel for Plaintiff <br> 4640 N.W. 7th Street <br> Miami, FL 33126-2309 <br> T: 305/266-9780 <br> Email: pduran@pelayoduran.com <br><br> By ___*s/ Pelayo M. Duran*_____ <br>     PELAYO M. DURAN <br>     Fla. Bar No. 0146595 |

**JACKSON LEWIS, P.C.**
Counsel for Defendant
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, FL  33131
(305) 577-7600
Mendy.halberstam@jacksonlewis.com

By   /s/ *Mendy Halberstam*
       MENDY HALBERSTAM
       Fla. Bar No. 68999